United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON, | No. C-12-06462 DMR |
| Plaintiff(s), | **ORDER REGARDING STATUS REPORT** |
| v. | |
| SKYLAND PROPERTIES, | |
| Defendant(s). | |

The court is in receipt of Plaintiff's June 13, 2013 Status Report. [Docket No. 8.] By no later than July 1, 2013, the parties shall submit an updated status report if a dismissal or a Notice of Need for Mediation has not been filed.

IT IS SO ORDERED.

Dated: June 14, 2013

DONNA M. RYU
United States Magistrate Judge